

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-13-00106-CV

Barry **BROOKS**, Heston C. King, Stefen Douglas Brooks, Johanna Barton, and Jesse Rodriguez Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01173
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellee Excellence Mortgage's Motion to Strike Appellants' Motion for Rehearing is DENIED. Appellants' Motion for Leave to Exceed Word Limit is hereby GRANTED. Additionally, Appellee's motion for extension of time to file a response to Appellants' Motion for Rehearing is GRANTED. Appellee's response is due to be filed no later than October 20, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court